**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-1575**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEPHEN E. BISHOP, f/d/b/a Ray's Leisure Time
Shop,

Defendant - Appellant,

and

MARY ANN BISHOP; WEST VIRGINIA BUREAU OF
EMPLOYMENT PROGRAMS; WEST VIRGINIA DEPARTMENT
OF TAX AND REVENUE,

Defendants.

―――――――――

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Joseph Robert Goodwin, District Judge. (CA-96-2057-5)

―――――――――

Submitted: April 20, 2001          Decided: May 21, 2001

―――――――――

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

James R. Sheatsley, GORMAN, SHEATSLEY & COMPANY, L.C., Beckley, West Virginia, for Appellant. Paula M. Junghans, Acting Assistant

Attorney General, Rebecca Aline Betts, United States Attorney, Gilbert S. Rothenberg, John A. Nolet, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen E. Bishop appeals from the district court's orders denying his motion for a hearing and granting the government's motion to set aside a satisfaction of judgment that was allegedly entered by mistake. Bishop contends that the district court should have held a hearing and allowed him to present evidence as to the scope of the agreement. He also contends that the court erred in determining that the agreement settled some, rather than all, of the government's claims against him. Having previously granted Bishop's uncontested motion to submit on briefs, we have reviewed the briefs, the joint appendix, and the district court's opinions and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Bishop</u>, No. CA-96-2057-5 (S.D.W. Va. July 9, 1999 & Mar. 3, 2000).

<u>AFFIRMED</u>

2